ELMER E. ROWE, Respondent, *v.* ARCHIBALD S. WHITE, Appellant.

*Rowe* v. *White*, 112 App. Div. 688, affirmed.
(Argued June 3, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1906, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover certain moneys received by defendant as a dividend upon certain stock alleged to have been owned by plaintiff's assignor at the time the dividend was declared.

*R. Floyd Clarke* for appellant.

*Frank W. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ.

---

SOLOMON PLANT, Respondent, *v.* MARY BAHR, Appellant.

*Plant* v. *Bahr*, 110 App. Div. 922, affirmed.
(Submitted June 4, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover an amount alleged to be due as commission upon an exchange of real estate.

*Edward Devine* for appellant.

*Thomas Hogan* for respondent.

Judgment affirmed, with costs, on authority of *Fisher Co.* v. *Woods* (187 N. Y. 90); no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and HISCOCK, JJ.